UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

VICTOR DUBOSE,

        Plaintiff,

      v.                                            Case No. 09-cv-153-JPG

DAVID SULLIVAN and MCCOLLISTER'S
TRANSPORTATION SYSTEMS, INC.,

        Defendants.

## MEMORANDUM & ORDER

This matter comes before the Court on Defendants David Sullivan and McCollister's Transportation Systems, Inc.'s ("McCollister's") Motion to Dismiss (Doc. 25). Specifically, Sullivan and McCollister's advise that all matters in this case have been resolved and pray that this matter be dismissed with prejudice.

Being fully advised of the premises, especially Plaintiff Victor Dubose's absolute right to dismiss an action at any time before being first served with an answer or a motion for summary judgment,[1] Fed. R. Civ. P. 41(a)(1)(A)(I), the Court **GRANTS** the instant motion (Doc. 25), acknowledges that this case is at an end, and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: June 30, 2010**

                                  s/ J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**

---

[1]Here, neither Sullivan nor McCollister's  has filed an answer or motion for summary judgment.